UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jonathan Richards,

            Plaintiff,                      ORDER OF DISCONTINUANCE

      - against -

                                                   1:09-cv-00479-ENV-CLP

City of New York et al,

            Defendants.

-----------------------------------------------------------X

VITALIANO, D.J.

      The Court having been advised that this action has been settled,

      Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

      The Clerk is directed to close this case.

      SO ORDERED.

DATED:    Brooklyn, New York
             August 5, 2009

                                              ERIC N. VITALIANO
                                              U.S.D.J.